FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY LIGHT GROUP, INC. | CASE NO. ED CV 14-1350 (SH) |
| Plaintiff, | |
| vs. | ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |
| VINCENT GEALY; DENISE GEALY; AND DOES 1 THROUGH 10 | |
| Defendants. | |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On July 2, 2014, Defendant Vincent Gealy, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that Defendants do not competently allege facts supplying either diversity or federal question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see *Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563, 125 S.Ct. 2611, 162

1  L.Ed.2d 502 (2005). Nor does Plaintiff's unlawful detainer action raise any federal legal
2  question. *See* 28 U.S.C. §§ 1331, 1441(b).
3         Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
4  Superior Court of California, County of San Bernardino, 17780 Arrow Blvd., Fontana, CA
5  92335 for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the
6  Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve
7  copies of this Order on the parties.
8         IT IS SO ORDERED.
9         DATED: 7/9/14

                                    _____
                                    GEORGE H. KING
                                    CHIEF UNITED STATES DISTRICT JUDGE